IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01673-BNB

LEROY PORTER,

    Plaintiff,

v.

MR. H. A. RIOS, JR., Warden,
MS. M. MEDINE, Associate Warden,
MS. A. BARKER, Unit Manager,
MR. P. HAIZAR, Counselor,
MR. V. VIGIL, Case Work,
MS. L. SANDOVAL, Security,
MS. S. BOLDT, Security, and
MR. CARER OFFICE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 5 2007

GREGORY C. LANGHAM
               CLERK

---

ORDER DISMISSING CASE

---

    Plaintiff Leroy Porter is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Porter initiated this action by filing *pro se* a complaint and other papers. In an order filed on August 9, 2007, Magistrate Judge Boyd N. Boland entered an order directing the clerk of the Court to commence a civil action and directing Mr. Porter to cure certain deficiencies if he wished to pursue his claims. On August 28, 2007, Mr. Porter submitted a document requesting that the instant action be dismissed without prejudice.

    The Court must construe the August 28 request liberally because Mr. Porter is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the request as

a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by any adverse party in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the request filed on August 28, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 28, 2007, the date the notice was filed in this action.

DATED at Denver, Colorado, this 4 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01673-BNB

Leroy Porter
Reg. No. 95233-071
USP - Florence
PO Box 7000 - SHU Lockup Unit
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/5/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk